UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CONSERVANCY OF SOUTHWEST FLORIDA,

      Plaintiff,

-vs-                  Case No. 2:08-cv-941-FtM-29SPC

COL. PAUL J. GROSSKRUGER, in his official capacity as District Engineer United States Army Corps of Engineers; PAUL SOUZA, in his official capacity as Field Supervisor South Florida Ecological Services Office U.S. Fish and Wildlife Service; PETE GREEN in his official capacity as Secretary of the Army; KEN SALAZAR, in his official capacity as Secretary of the U.S. Department of the Interior; RC PROPERTIES IX, LLC, a Delaware Limited Liability Company,

      Defendants.
_____

**ORDER**

This matter comes before the Court on the Defendant RC Properties, LLC.'s Motion to Substitute Parties (Doc. #67) filed on April 23, 2010. The Defendant moves to substitute Parklands Associates I, LLP (Parklands) as the Party Defendant in this action. The Motion is unopposed by all Parties.

The Federal Rules state that "[i]n case of a transfer of interest, the action may be continued by or against the original party, unless the court upon motion directs the person to whom the interest is transferred to be submitted in the action or joined with the original party." Fed. R. Civ. P. 25(c). In this instance, all of RC Properties, LLC.'s interest in this case has been transferred to Parklands including all interest in any permits and licenses issued by the governing authorities needed to

develop the land at issue in this case. Therefore, good cause exists to substitute Parklands as the Party Defendant in this case.

Accordingly, it is now

**ORDERED:**

The Defendant RC Properties, LLC.'s Motion to Substitute Parties (Doc. #67) is **GRANTED**.

(1) Parklands Associates I, LLP. is hereby substituted as Defendant in this litigation in place of RC Properties, LLC.

(2) Attorneys Ruden McClosky, P.A. and Daniel W. Matlow are relieved of all further responsibility in this case, and shall be terminated from the Court's electronic notification system in regards to this litigation.

**DONE AND ORDERED** at Fort Myers, Florida, this __28th__ day of April, 2010.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record