UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CONSERVANCY OF SOUTHWEST FLORIDA,

    Plaintiff,

-vs-    Case No. 2:08-cv-941-FtM-29SPC

COL. PAUL J. GROSSKRUGER, in his official capacity as District Engineer United States Army Corps of Engineers; PAUL SOUZA, in his official capacity as Field Supervisor South Florida Ecological Services Office U.S. Fish and Wildlife Service; PETE GREEN in his official capacity as Secretary of the Army; KEN SALAZAR, in his official capacity as Secretary of the U.S. Department of the Interior; PARKLANDS ASSOCIATES I, LLP,

    Defendants.

_____

**ORDER**

This matter comes before the Court on the Appearance of Non-Resident Attorney and Designation to Local Counsel Pursuant to Local Rule 2.02 (Doc. #69) filed on April 29, 2010, which will be construed as a Motion to Appear *Pro Hac Vice*. Rafe Petersen, Esq., of the law office of Holland &Knight, LLP, 2099 Pennsylvania Avenue, NW, Suite 100, Washington DC 20006, moves the Court for permission to appear *pro hac vice* on behalf of the Defendant, Parkland Associates 1, LLP. Attorney Petersen is a member in good standing with the Maryland State Bar, Virginia State Bar and District of Columbia Bar, and is licensed to practice in the United States District Court for the District of Columbia. Further, William B. Wilson, Esq., Holland & Knight LLP, 200 South Orange Avenue, Suite 2600, Orlando, Florida 32801, has agreed to serve as local Counsel in this

matter. Having considered the motion, the Court finds good cause and will grant permission to appear *pro hac vice*.

Accordingly, it is now

**ORDERED:**

(1) The Motion to Appear *Pro Hac Vice* (Doc. #) is **GRANTED.** Rafe Petersen, Esq., of the law office of Holland &Knight, LLP, 2099 Pennsylvania Avenue, NW, Suite 100, Washington DC 20006**,** is permitted to appear pro hac vice on behalf of the Defendant.

(2) William B. Wilson, Esq., Holland & Knight LLP, 200 South Orange Avenue, Suite 2600, Orlando, Florida 32801, shall be designated local Counsel of record.

(3) If Counsel has not already done so, within **eleven (11) days** from the date of the Order, Counsel shall pay the $10.00 filing fee along with the application for special admission to practice which can be found on www.flmd.uscourts.gov.

(4) Unless already completed, within **eleven (11) days** from the date of the Order, Counsel shall register for CM/ECF. Failure to register may cause the Court to revoke its permission to appear specially without further notice

**DONE AND ORDERED** at Fort Myers, Florida, this ___11th___ day of May, 2010.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record