UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CONSERVANCY OF SOUTHWEST FLORIDA,

          Plaintiff,

-vs-                                                    Case No. 2:08-cv-941-FtM-29SPC

COL. PAUL J. GROSSKRUGER, in his official
capacity as District Engineer United States Army
Corps of Engineers; PAUL SOUZA, in his official
capacity as Field Supervisor South Florida
Ecological Services Office U.S. Fish and Wildlife
Service; PETE GREEN in his official capacity as
Secretary of the Army; KEN SALAZAR, in his
official capacity as Secretary of the U.S.
Department of the Interior; PARKLANDS
ASSOCIATES I, LLLP,

          Defendants.
_____

# ORDER

This matter comes before the Court on the Plaintiff Conservancy of Southwest Florida's Motion for Summary Judgement (Doc. #42) filed on October 3, 2009; the Defendants, Colonel Alfred A. Pantano, in his official capacity as District Commander and Engineer of the Jacksonville District of the United States Army Corps of Engineers; Paul Souza, in his official capacity as Field Supervisor of the South Florida Ecological Services Office of the United States Fish and Wildlife Service; Pete Geren, in his official capacity as Secretary of the Army; and Ken Salazar, in his official capacity as Secretary of the United States Department of the Interior (collectively "Federal Defendants"), Cross Motion for Summary Judgment (Doc. # 55) filed on February 22, 2010; and the Defendant RC Properties IX, LLC.'s Motion for Summary Judgment (Doc. # 59) filed on February 22, 2010.

On July 2, 2010, the Parties filed a Joint Motion to Dismiss (Doc. # 73) notifying the Court that all Parties have agreed to a full and complete settlement of the claims in this case and move the Court to dismiss the case with prejudice. Thus, the respective Motions for Summary Judgment are now moot.

Accordingly, it is now

**ORDERED:**

(1) The Plaintiff Conservancy of Southwest Floirda's Motion for Summary Judgement (Doc. #42) is **DENIED as moot**.

(2) The Federal Defendants, Colonel Alfred A. Pantano, in his official capacity as District Commander and Engineer of the Jacksonville District of the United States Army Corps of Engineers; Paul Souza, in his official capacity as Field Supervisor of the South Florida Ecological Services Office of the United States Fish and Wildlife Service; Pete Geren, in his official capacity as Secretary of the Army; and Ken Salazar, in his official capacity as Secretary of the United States Department of the Interior's Cross Motion for Summary Judgment (Doc. # 55) is **DENIED as moot**.

(3) The Defendant RC Properties IX, LLC.'s Motion for Summary Judgment (Doc. # 59) is **DENIED as moot.**

**DONE AND ORDERED** at Fort Myers, Florida, this ___2nd___ day of July, 2010.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record